UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

```
_____ FILED  _____ LODGED
              _____ RECEIVED
         NOV 1 6 2018
       CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                               DEPUTY
```

Andre Torian Lavon Mitchell
(Name of Plaintiff)

vs.

City of Tacoma

(Names of Defendant(s))

**C18 5945 BHS**

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

**I. Previous Lawsuits:**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☐ Yes     ☒ No

B. If your answer to A is yes, how many?: __N/A__. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff: __N/A__

   Defendants: __N/A__

2. Court (give name of District): __N/A__

3. Docket Number: __N/A__

2

4. Name of judge to whom case was assigned: n/A

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): n/A

6. Approximate date of filing lawsuit: n/A

7. Approximate date of disposition: n/A

**II. Place of Present Confinement:** Pierce County jail

A. Is there a prisoner grievance procedure available at this institution?    ☐ Yes   ☒ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?
☐ Yes   ☒ No

If your answer is NO, explain why not: Because this complaint has nothing to do with the jail

C. Is the grievance process completed?    ☐ Yes   ☐ No

**If your answer is YES, ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

**III. Parties to this Complaint**

A. Name of Plaintiff: Andre' Torian Lavon Mitchell   Inmate No.: 2018204014
Address: 910 Tacoma Avenue South Tacoma, WA 98402-2168

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: City of Tacoma    Official Position: Public Records
Place of employment: Public Records

C. Additional defendants   none

3

**IV. Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. <u>Do not give any legal arguments or cite any cases or statutes</u>. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

I asked for police reports from public records and was denied. I recieved a letter stating my request was not a public record but a request for information. I was told there is seven records were located that are responsive to my request but none will be released to me. Police reports are ruled public records. The names of people in police reports involving alleged crimes are public records subject to disclosure. I'm asking that the city bear the expense of wrongly withholding records while I'm in a potential court battle. $3,700 is the amount I'm asking to be compensated for the denial and delay.

**V. Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

4

For the denial of my public Record. I'm asking for a payment of 100.00 dollars a day for the delay and denial of the public disclosure. Date for the request 10/17/18 and Date denied of the public disclosure request 10/15/18

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __November__ 20 _18_.

_____
(Signature of Plaintiff)

## NAMES AND ADDRESSES OF DEFENDANT(S)

Each named defendant must be listed below (**exactly** as listed/spelled in the Complaint), with their service address.

|    | DEFENDANT(S) NAME: | SERVICE ADDRESS: |
|----|--------------------|------------------|
| 1  | City of Tacoma     | 955 Tacoma Avenue South, Suite 301, Tacoma WA 98402 |
| 2  |                    |                  |
| 3  |                    |                  |
| 4  |                    |                  |
| 5  |                    |                  |
| 6  |                    |                  |
| 7  |                    |                  |
| 8  |                    |                  |
| 9  |                    |                  |
| 10 |                    |                  |
| 11 |                    |                  |
| 12 |                    |                  |