UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDRE TORIAN LAVON MITCHELL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF TACOMA,<br><br>　　　　　　　Defendant. | CASE NO. C18-5945 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT |

This matter comes before the Court on Plaintiff Andre Torian Lavon Mitchell's ("Mitchell") motion for leave to proceed *in forma pauperis*, Dkt. 1, and proposed complaint, Dkt. 1-1.

On November 16, 2018, Mitchell filed the instant motion and proposed complaint asserting a claim against Defendant City of Tacoma ("City") for a violation of Washington's Public Records Act ("PRA"). *Id.* "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3). The Court finds that it does not have jurisdiction over a state law claim against the City and that any amendment would be futile. *Rodriguez v. Steck*, 795 F.3d 1187,

ORDER - 1

1188 (9th Cir. 2015) (("[A] district court's denial of leave to proceed in forma pauperis is an abuse of discretion unless the district court first provides a plaintiff leave to amend the complaint or finds that amendment would be futile."). Therefore, the Court denies Mitchell's motion and dismisses his complaint for lack of jurisdiction. The Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 28th day of November, 2018.

BENJAMIN H. SETTLE
United States District Judge